IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 0 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01091-BNB

KARL RICHARD THORPE,

    Applicant,

v.

LARRY REID, Warden (CSP), and
THE ATTORNEY GENERAL OF THE STATE OF DENVER COUNTY,

    Respondents.

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

    Applicant Karl Richard Thorpe is a prisoner in the custody of the Colorado Department of Corrections at the Colorado State Penitentiary at Cañon City, Colorado. Mr. Thorpe initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 13, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Thorpe to show cause why the habeas corpus application should not be transferred to the United States Court of Appeals for the Tenth Circuit because he lacks authorization to file a second or successive habeas corpus application. On June 26, 2006, Mr. Thorpe filed his response to Magistrate Judge Boland's show cause order. For the reasons stated below, the habeas corpus application will be transferred to the Tenth Circuit.

    Mr. Thorpe is challenging the validity of two Colorado state court convictions in Denver District Court case numbers 83-CR-1908 and 83-CR-1909. In a prior habeas corpus action in this Court pursuant to 28 U.S.C. § 2254, *see Thorpe v. Soares*, No.

98-cv-02239-WYD (D. Colo. Dec. 18, 1998), *appeal dismissed*, No. 99-1013, 1999 WL 314636 (10th Cir. May 19, 1999), Mr. Thorpe challenged the validity of the same state court convictions he is challenging in the instant action. The habeas corpus application in 98-cv-02239-WYD was denied as procedurally barred and as barred by the one-year limitation period in 28 U.S.C. § 2244(d). Therefore, the instant application is a second or successive application. Contrary to Mr. Thorpe's argument in his response to Magistrate Judge Boland's show cause order, the instant habeas corpus application is a second or successive application even if he is raising claims that he did not raise in the prior application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Thorpe must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Thorpe alleges in the application that he has obtained the necessary authorization from the Tenth Circuit. However, he failed to submit a copy of the Tenth Circuit's order authorizing this Court to consider the claims he raises in the instant application. Therefore, Magistrate Judge Boland ordered Mr. Thorpe to show cause why this action should not be transferred to the Tenth Circuit to obtain the necessary authorization. Magistrate Judge Boland specifically instructed Mr. Thorpe that, in order to show cause, he must submit a copy of the Tenth Circuit's authorization order.

Mr. Thorpe alleges in his response to Magistrate Judge Boland's show cause order that he submitted to the Tenth Circuit a request for authorization to file a second or successive habeas corpus application. However, he still has not provided to this Court any order by the Tenth Circuit authorizing this Court to consider the claims he

raises in the instant habeas corpus application. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 19 day of July, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01091-BNB

Karl Richard Thorpe
Prisoner No. 76474
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/20/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk